```
 1    STATE OF ILLINOIS  )
                         ) SS:
 2    COUNTY OF C O O K  )

 3         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
      THE PEOPLE OF THE STATE    )
 5    OF ILLINOIS,               )
                                 )
 6                 Plaintiff,    )
                                 )
 7         vs.                   )  No. 07 CR 02341-01
                                 )  No. 08 CR 10502-01
 8    ANNABEL MELONGO,           )
                                 )
 9                 Defendant.    )

10

11         REPORT OF PROCEEDINGS had at the hearing of

12    the above-entitled cause, before the Honorable JAMES M.

13    SCHREIER, Judge of said court, on Wednesday, the 18th

14    day of June, 2008, at the hour of approximately

15    11:00 o'clock a.m.

16         PRESENT:

17              HON. RICHARD A. DEVINE,
                State's Attorney of Cook County,
18              BY:  MR. PAUL J. CHEVLIN,
                Assistant State's Attorney,
19                   On behalf of the People;

20              MR. JAMES J. FLOOD,
                     On behalf of the Defendant.
21
      Laurel E. Laudien, RMR, RPR, CSR #084-001871
22    Official Court Reporter - Circuit Court of Cook County
      County Department - Criminal Division
23    (773) 869-6065

24
```

1

| | |
|---|---|
| 1 | THE CLERK: Annabel Melongo, Sheets 2 and 9. |
| 2 | (SHORT PAUSE.) |
| 3 | MR. FLOOD: Good morning, your Honor. |
| 4 | James Flood, F-L-O-O-D, on behalf of |
| 5 | Miss Melongo, your Honor. |
| 6 | This morning I understand they reindicted my |
| 7 | client and the new complaint is before you for |
| 8 | arraignment. |
| 9 | THE COURT: Is this Golden? |
| 10 | MR. CHEVLIN: Judge, this is Podlasek. He knows |
| 11 | about the case. We agreed on a date. |
| 12 | We did have something come in the mail on the |
| 13 | case. It was a Grand Jury transcript. Mr. Podlasek |
| 14 | has both copies. I'm sure he would be mailing it to |
| 15 | Counsel. |
| 16 | MR. FLOOD: We've got it. |
| 17 | THE COURT: The reindictment alleges in 08 - 10502 |
| 18 | with computer tampering in Count I, Count II, Count |
| 19 | III, tender a copy of the charges to Counsel. |
| 20 | Acknowledge receipt, waive formal reading, |
| 21 | enter plea of not guilty? |
| 22 | MR. FLOOD: There would be a plea of not guilty. |
| 23 | THE COURT: You are in touch with the State's |
| 24 | Attorney on the case? |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | MR. FLOOD: I am, Judge.                                         |
| 2  | THE COURT: Pick any date.                                       |
| 3  | MR. FLOOD: The 16th of July is what we picked.                  |
| 4  | THE COURT: By agreement, July 16th, '08.                        |
| 5  | Now, the '07 case, so we won't be carrying                      |
| 6  | extra baggage, on what sheet?                                   |
| 7  | THE CLERK: Sheet 2.                                             |
| 8  | THE COURT: 2, this is a reindictment of the same                |
| 9  | facts?                                                          |
| 10 | MR. FLOOD: Yeah, my understanding, they were                    |
| 11 | going to nolle that.                                            |
| 12 | MR. CHEVLIN: I don't know, Judge.                               |
| 13 | THE COURT: I'm pretty sure it is. If it isn't, I                |
| 14 | think they notified us last court date that they were           |
| 15 | going to reindict.                                              |
| 16 | MR. FLOOD: Correct.                                             |
| 17 | THE COURT: There was some alleged deficiencies in               |
| 18 | the first indictment that Counsel talks about, '07              |
| 19 | nolle pros case, superseded by 08-10502.                        |
| 20 | Did she have a cash bond on that, or what                       |
| 21 | kind of bond was she out on?                                    |
| 22 | THE DEFENDANT: I-bond.                                          |
| 23 | THE COURT: An I-bond.                                           |
| 24 | Bond transferred to 08-10502.                                   |

1      Okay. The discovery and all motions will be
2 transferred to the '08 case.
3      MR. FLOOD: Thank you, Judge.
4      I will have to reconsider the discovery based
5 on the new charges.
6      THE COURT: Right.
7      Motions to dismiss will be -- will remain in
8 the '07 case, since now the State has reindicted.
9      Motion to produce, your appearance, second
10 motion to produce, that will all be transferred to the
11 new '08 case.
12     MR. FLOOD: Thank you.
13     THE COURT: Motion for additional discovery.
14     Okay. July 16th.
15     MR. FLOOD: See you then, Judge.
16     THE COURT: Thank you.
17          (WHEREUPON, THE PROCEEDINGS WERE
18          ADJOURNED TO BE RECONVENED ON JULY 16,
19          2008, AT 10:00 O'CLOCK A.M.)
20
21
22
23
24